# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 26-1977

**Short Case Caption:** American Kitchen Cabinet Alliance v. US

**Filing Party** Scioto Valley Woodworking, Inc. d/b/a Valleywood Cabinetry,

**Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

Issues to be raised on appeal:

Whether the remand redetermination issued by U.S. Customs and Border Protection ("CBP") in the Enforce and Protect Act investigation ("EAPA") for Case Number 7705 should be affirmed.

Relief awarded below (if damages, specify): ☐ None/Not Applicable

The CIT sustained CBP's affirmative remand redetermination of evasion against Scioto.

Briefly describe the judgment/order appealed from:

The CIT sustained CBP's affirmative remand redetermination of evasion against Scioto.

| Nature of Judgment (select one:) | Date of Judgment: 05/26/2026 |
|---|---|

☒ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) ______________________
☐ Other (explain) ______________________

Date: 07/10/2026

Signature: David S. Black Digitally signed by David S. Black Date: 2026.07.10 10:50:25 -04'00'

Name: David Black